**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------X
Peter T. DeVittorio, Ralph Tancredi,
Michael Marinelli and Edward Arce,

                    Plaintiffs,
    -against-
David Hall, individually, Anthony
Marraccini, individually, and the
Town/Village of Harrison, New York
                    Defendants.
------------------X

07 CIVIL 0812 (WCC)

JUDGMENT



Defendants having moved to dismiss and the said motion having come before the Honorable William C. Conner, United States District Judge and the Court thereafter on November 7, 2008, having handed down its Opinion and Order granting defendants' motion (Doc. # 20) to dismiss and summary judgment, it is,

**ORDERED, ADJUDGED AND DECREED:** That the complaint be and it is hereby dismissed as to all defendants.

DATED: White Plains, N.Y.
       November 12, 2008

*J. Michael McMahon*
Clerk

i:judgment/devittorio.812

E.O.D.